IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:99CR35 |
| vs. ) | |
| ) | ORDER |
| CRAIG D. MORTON, ) | |
| ) | |
| Defendant. ) | |

Defendant Craig D. Morton appeared before the court on Monday, September 19, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [85].  The defendant was represented by Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer.  Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1).    A release plan was developed for the defendant.  However, the court has been advised that there is a waiting list.    For that reason, the defendant shall remain detained until the court is notified that a placement has been secured.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Bataillon.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before  Judge Joseph F. Bataillon in Courtroom No.3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 9, 2006 at 2:00 p.m.**  Defendant must be present in person.

2. The defendant, Craig D. Morton, is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility;

3. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel; and

4. Upon order of a United States court or upon request of an attorney for the government, the person in charge of the corrections facility shall deliver defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED this 19th day of September, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge