IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:99CR35 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CRAIG MORTON, | ) ) | |
| Defendant. | ) | |

Defendant Craig Morton appeared before the court on November 9, 2006 on a Petition for Summons for Offender Under Supervision [85]. The defendant was represented by retained counsel Jessica Milburn and the United States was represented by Assistant U.S. Attorney Kimberly C. Bunjer. The defendant admitted allegation 1, allegation 2 is withdrawn on motion of the government. The government did not move for further detention. At request of the parties, final disposition of this matter is continued. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:00 p.m., on May 4, 2007.** Defendant must be present in person.

2. Defendant is released on current conditions of supervision. In addition, the defendant shall participate in and complete the Douglas County Court Diversion program.

Dated this 9th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge